UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SHAWN LEBLANC | * | CIVIL ACTION NO: |
| | * | |
| | * | JUDGE: |
| VERSUS | * | |
| | * | MAGISTRATE: |
| ALLISON MARINE CONTRACTORS, INC.; | * | |
| ALLISON MARINE CONTRACTORS II, LLC; | * | |
| ALLISON MARINE HOLDINGS, LLC; | * | |
| ALLISON MARINE-MORGAN CITY, LLC; | * | |
| ALLISON MARINE-MORGAN CITY II, LLC; and | * | |
| KINETICA PARTNERS, LLC | * | |

**************************************

## COMPLAINT FOR DAMAGES

**NOW INTO COURT**, through undersigned counsel, come Plaintiff, **Shawn LeBlanc,** a resident of the Parish of Terrebonne, State of Louisiana, who respectfully avers as follows:

1.

Made defendants herein are:

**Allison Marine Contractors, Inc.,** a Louisiana Corporation with its principal place of business located in the State of Louisiana, Parish of St. Mary;

**Allison Marine Contractors II, LLC,** a Foreign Limited Liability Company, domiciled in the State of Delaware with its principal business establishment in the State of Louisiana located in the Parish of St. Mary within the geographical boundaries of the United States District Court for the Western District of Louisiana;

**Allison Marine Holdings, LLC,** a Foreign Limited Liability Company, domiciled in the State of Delaware with its principal business establishment in the State of Louisiana located in the Parish of Lafayette within the geographical boundaries of the United States District Court for the Western District of Louisiana;

**Allison Marine-Morgan City, LLC,** a Louisiana Limited Liability Company with its principal place of business located in the State of Louisiana, Parish of St. Mary

**Allison Marine-Morgan City II, LLC,** a Foreign Limited Liability Company, domiciled in the State of Delaware with its principal business establishment in the State of Louisiana located in the Parish of St. Mary within the geographical boundaries of the United States District Court for the Western District of Louisiana;

(hereinafter, **Allison Marine Contractors, Inc., Allison Marine Contractors II, LLC, Allison Marine Holdings, LLC, Allison Marine-Morgan City, LLC,** and **Allison Marine-Morgan City II, LLC** are collectively referred to as "**Allison**"); and

**Kinetica Partners, LLC**, a Foreign Limited Liability Company, domiciled in the State of Texas with its principal place of business located in Lake Charles, Louisiana that is authorized to do and doing business in the State of Louisiana within the geographical boundaries of the United States District Court for the Western District of Louisiana and whose members reside in the State of Texas (hereinafter referred to as "**Kinetica**.")

2.

This claim is brought pursuant to the General Maritime Law, Outer Continental Shelf Lands Act and laws of the State of Louisiana.

3.

Defendants are justly and truly indebted to Plaintiff, jointly, severally and *in solido* for all damages that are reasonable in the premises, together with legal interest from the date of incident until paid and all costs of these proceedings, by reason of the following:

4.

At all material times herein, Plaintiff, **Shawn LeBlanc**, was employed by Falck Safety Services in the position of Firewatch and assigned to a platform located in the Gulf of Mexico in Vermilion block 245 and identified as VR 245-A.

5.

At all material times herein, Defendant, **Allison,** was contracted to perform a welding/cutting job regarding a gathering/transmission pipeline owned/operated by Defendant, **Kinetica**, on the VR 245-A Platform**.**

6.

At all material times herein, Defendant, **Kinetica**, was the owner and/or operator of a gathering/transmission pipeline and facility located on and connected to the VR 245-A Platform.

7.

On November 27, 2015, **Allison** personnel were engaged in cutting and removing pipe supports and grating on the VR 245-A platform under the direction and control of **Kinetica**.

8.

During the course of this work, an explosion and subsequent fire occurred on the top deck of the VR 245-A Platform, apparently when a high-pressure tubing fitting connection failed in the area where the hot work was being performed.

9.

Plaintiff, **Shawn LeBlanc**, who was on a lower deck of the platform, below the area where the hot work was being performed, was knocked down by the initial explosion, and as he attempted to evacuate the platform to an adjacent jack-up boat, was knocked down and/or fell on the upper deck of the platform in the vicinity of the fire and broken high pressure line.

10.

As a result of the aforedescribed incident, Plaintiff, **Shawn LeBlanc**, suffered injury to his hand, arms, knees, neck, shoulder and head.

11.

The injuries and damages sustained by Plaintiff, **Shawn LeBlanc,** were caused by the negligence and/or fault of Defendants, **Allison** and **Kinetica**, which negligence includes the following nonexclusive particulars:

    1.       Failure to provide a safe place to work;

2. Failure to provide adequate tools and rigging to safely perform the cutting and welding operation;

3. Failure to provide adequate crew and assistance to safely perform the cutting and welding operation;

4. Failure to provide sufficient safety instruction with regard to the cutting and welding operation;

5. Failure to provide adequate training with regard to the cutting and welding operation;

6. Failure to properly supervise the cutting and welding operation;

7. Failure to properly train the supervisory personnel;

8. Failure to provide adequate fire suppression equipment;

9. Failure to ensure the safety and integrity of the high pressure lines, fittings and hoses; and

10. Any other acts of negligence which will be shown at the trial of this matter.

12.

As a result of the negligence of the Defendants, **Allison** and **Kinetica**, Plaintiff, **Shawn LeBlanc,** sustained significant injuries, necessitating medical treatment and resulting in loss of work and permeant physical impairments; thereby entitling him to general damages, past and future, for his physical and mental pain and suffering, emotional distress, loss of enjoyment of life, and permanent disability; and special damages, past and future, including medical expenses, lost wages and loss of earnings capacity.

**WHEREFORE**, Plaintiff, **Shawn LeBlanc,** prays that Defendants, **Allison Marine Contractors, Inc., Allison Marine Contractors II, LLC, Allison Marine Holdings, LLC, Allison Marine-Morgan City, LLC, Allison Marine-Morgan City II, LLC** and **Kinetica Partners, LLC,** be served with this Complaint for Damages, and be duly cited to appear and

answer same; that after all due proceedings are had, that there be judgment rendered in favor of Plaintiff, **Shawn LeBlanc**, and against Defendants, **Allison Marine Contractors, Inc., Allison Marine Contractors II, LLC, Allison Marine Holdings, LLC, Allison Marine-Morgan City, LLC, Allison Marine-Morgan City II, LLC,** and **Kinetica Partners, LLC,** for all damages that are reasonable in the premises, together with legal interest, and all costs of these proceedings; and further, for all general and equitable relief which the court deems necessary and proper under the circumstances.

                                Respectfully submitted,

                                /s/ Charles C. Bourque, Jr.                    .
                              **CHARLES C. BOURQUE, JR. (#20118)**
                              **JOSEPH G JEVIC III (#23145)**
                              ST. MARTIN & BOURQUE
                              P.O. Box 2017
                              Houma, Louisiana  70361
                              Telephone: (985) 876-3891
                              Facsimile: (985) 851-2219

SERVICE INSTRUCTIONS ON NEXT PAGE

PLEASE SERVE:

**Allison Marine Contractors, Inc.**
Through its agent for service:
CORPORATION SERVICE COMPANY
501 LOUISIANA AVENUE
BATON ROUGE, LA 70802

**Allison Marine Contractors II, LLC,**
Through its agent for service:
CORPORATION SERVICE COMPANY
501 LOUISIANA AVENUE
BATON ROUGE, LA 70802

**Allison Marine Holdings, LLC,**
Through its agent for service:
CORPORATION SERVICE COMPANY
501 LOUISIANA AVENUE
BATON ROUGE, LA 70802

**Allison Marine-Morgan City, LLC,**
Through its agent for service:
CORPORATION SERVICE COMPANY
501 LOUISIANA AVENUE
BATON ROUGE, LA 70802

**Allison Marine-Morgan City II, LLC**
Through its agent for service:
CORPORATION SERVICE COMPANY
501 LOUISIANA AVENUE
BATON ROUGE, LA 70802

**Kinetica Partners, LLC**
Through its agent for service:
NATIONAL REGISTERED AGENTS, INC.
3867 PLAZA TOWER DR.
BATON ROUGE, LA 70816